**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001076
03-APR-2013
09:04 AM**

NO. CAAP-12-00001076

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CLARK REALTY CORPORATION and HENRY G. AKONA, JR.,
as General Partner of the Henry F. Akona Partnership,
Plaintiffs-Appellants,
v.
HENRY F. AKONA TRUST, FRANCIS H. PANG,
DIANA MAY PANG DEABLER, HENRIETTA M.L. PANG,
LELAND M.S. PANG and JERALD M.S. PANG, and DOES 1-10,
Defendants-Appellees

---

FRANCIS H. PANG, DIANA MAY PANG DEABLER,
HENRIETTA M.L. PANG, LELAND M.S. PANG
and JERALD M.S. PANG,
Counterclaimants-Appellees,
v.
CLARK REALTY CORPORATION and HENRY G. AKONA, JR.,
Counterclaim Defendants-Appellants
and
PUTMAN DAMON CLARK,
Additional Counterclaim Defendant-Appellant,
and
ROBERT TRIANTOS, SUCCESSOR TRUSTEE OF THE WARD K. KUWADA TRUST,
and DOE DEFENDANTS 1-5,
Additional Counterclaim Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 09-1-486K)

ORDER APPROVING THE FIRST AMENDED
STIPULATION FOR DISMISSAL FILED ON MARCH 14, 2013
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the First Amended Stipulation for Dismissal, filed on March 14, 2013, by Plaintiffs/Counterclaim Defendants-Appellants Clark Realty Corporation, Henry G. Akona, Jr., and Additional Counterclaim Defendant-Appellant Putman Damon Clark, and the records and files herein, it appears that (1) appellate case number CAAP-12-0001076 has been docketed; (2) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (3) counsel for all parties signed the stipulation; and (4) the parties agree to bear their own appellate costs and attorney's fees. Therefore,

IT IS HEREBY ORDERED that the stipulation for dismissal is approved and the appeal is dismissed. The parties shall bear their own appellate costs and attorney's fees.

DATED: Honolulu, Hawai'i, April 3, 2013.

Chief Judge

Associate Judge

Associate Judge